UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF STERLING HEIGHTS, ET AL.,

    Plaintiffs,

v.

UNITED NATIONAL INSURANCE
COMPANY, ET AL.,

    Defendants.
    _____/

Case No. 03-72773

Honorable Nancy G. Edmunds

**ORDER DENYING DEFENDANT UNITED NATIONAL INSURANCE COMPANY'S MOTION FOR RECONSIDERATION OR IN THE ALTERNATIVE, MOTION FOR CLARIFICATION OF THE COURT'S JANUARY 27, 2006 ORDER [313]**

    On January 27, 2006, this Court issued an Order granting in part and denying in part Plaintiffs' and Defendant United National Insurance Company's cross-motions for summary judgment. Defendant United National is presently before the Court asking it to reconsider or clarify its January 27, 2006 Order. This Court DENIES Defendant's motion.

    Pursuant to Rule 7.1(g)(3) of the Local Rules for the Eastern District of Michigan, the Court will not grant motions for reconsideration "that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case."

    Because Defendant United National's motion fails to satisfy the rule's requirements, it is DENIED.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated:  February 10, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 10, 2006, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager